UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

BRH PLAZA LLC,
*doing business as*
BOCA PLAZA HOTEL
    Defendants.

Case No.: **9:23-cv-80066-KAM**

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendant, BRH PLAZA LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com

s/ Kenneth Louis Minerley
Kenneth Louis Minerley (FBN: 521840)
    *Attorney for Defendant, BHR Plaza LLC*
Minerley Fein PA
1200 North Federal Highway
Suite 420
Boca Raton, FL 33432
561-362-6699
ken@minerleyfein.com