UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

BRH PLAZA LLC d/b/a
BOCA HOTEL PLAZA,
    Defendants.

Case No: 23-cv-80066-KAM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, and Defendant, BRH PLAZA LLC d/b/a BOCA HOTEL PLAZA, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, BRH PLAZA LLC d/b/a BOCA HOTEL PLAZA, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing. The court shall not retain jurisdiction over the instant action.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Kenneth Minerley
Minerley Fein, P.A. (FBN: 521840)
   *Attorney for Defendant*
Minerley Fein, P.A.
1200 N. Federal Hwy., Ste. 420
Boca Raton, Florida 33432
(561) 362-6699
Ken@MinerleyFein.com

Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
(561) 800-0405
WassenbergL@gmail.com